# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

EARNEST STANBERRY, JR. and
LINDA F. STANBERRY,

    Plaintiffs,

v.                                                  CASE NO. 3:20cv5906-MCR-HTC

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.,

    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 9, 2021. ECF No. 13. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) This matter is DISMISSED WITHOUT PREJUDICE for failure to state a claim.

(3) The clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of June 2021.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**